**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | HUSA, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-3202687 |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | Debtor's address | 1155 Brittmore Rd.<br>Houston, TX 77043<br>Number, Street, City, State & ZIP Code | P.O. Box 430941<br>Houston, TX 77243<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Harris<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | husainc.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   HUSA, Inc.  _____   Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | _____ |

| | | |
|---|---|---|
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | | District _____ When _____ Case number, if known _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    HUSA, Inc.                                                                              Case number (*if known*)
          Name

11. **Why is the case filed in this district?**   *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?**  _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency  _____
             Contact name       _____
             Phone              _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

15. **Estimated Assets**

    ☐ $0 - $50,000                ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☒ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000                ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  HUSA, Inc.
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 1, 2017
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Larry Martin**
Printed name

Title   President

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date December 1, 2017
     MM / DD / YYYY

Matthew B. Probus
Printed name

Wauson Probus
Firm name

One Sugar Creek Center Blvd., Suite 880
Sugar Land, TX 77478
Number, Street, City, State & ZIP Code

Contact phone (281)242-0303   Email address  mbprobus@w-plaw.com

16341200
Bar number and State

## Unanimous Consent of Directors
## in Lieu of Annual Meeting
## of Board of Directors and Shareholders of
## HUSA, INC.

The undersigned, being all of the shareholders and directors of HUSA, Inc., a Texas corporation (the "Corporation"), do hereby consent to the waiver of all notices required for an annual meeting of the board of directors and shareholders and, pursuant to the provisions of section 6.201(b) of the Texas Business Organizations Code, take the following actions and adopt the following resolutions in lieu of an annual meeting of the board of directors and shareholders:

**RESOLVED,** that the Board of Directors have decided that it is in the best interests of the Corporation that the Company file for protection under Chapter 11 of the United States Bankruptcy Code.

**FURTHER RESOLVED,** that:

1. The Corporation, by and through the officers, is authorized and directed to take such steps as are necessary to file a Chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, and all other pleadings necessary to the bankruptcy case.

2. The Corporation, by and through the officers, is authorized and directed to execute and deliver on behalf of this Corporation and in its name any documents necessary in the course of the bankruptcy case, to hire professionals as are necessary to the case, and to do any and all acts and things necessary to carry out, perform, and consummate a reorganization under Chapter 11 of the United States Bankruptcy Code.

### Ratification of Past Acts

RESOLVED, that the acts and transactions that have been validly taken or made by the officers of the Corporation since the date of the last annual meeting of the board of directors, or the consent in lieu of annual meeting, and before the date of this consent, are hereby ratified in all respects.

### Further Instructions to Officers

RESOLVED, that the secretary of the Corporation is directed to file this consent in the minute book of the Corporation, and, further, that the officers of the Corporation are hereby authorized and directed to execute and deliver all documents, to waive all conditions, and to do all things necessary or helpful to carry out the purposes of the foregoing resolutions. All acts of the officers of the Corporation that are consistent with the intent of the above resolutions are hereby ratified and adopted in all respects as the acts of the Corporation.

IN WITNESS WHEREOF, the undersigned have executed this consent of Directors and Shareholders effective as of December 1, 2017.

Directors/Shareholders:

_____  
Larry Martin

_____  
Edgar Carlson